UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BUMBLE AND BUMBLE, LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>HARMON STORES, INC.,<br><br>    Defendant. | Civil Action No.: 2:13-cv-01462-KM-MAH<br><br><br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |
| HARMON STORES, INC.,<br><br>    Third-Party Plaintiff,<br><br>-against-<br><br>SRG, INC., ACTIVE BEAUTY, INC., INTERNATIONAL BEAUTY NETWORK, RENAISSANCE TRADING, INC.,<br><br>    Third-Party Defendants. | |

Harmon Stores, Inc., by and through its attorneys Edwards Wildman Palmer LLP, hereby discloses the following corporate parents, and any publicly held corporation that owns more than 10% or more of its stock:  Bed Bath & Beyond, Inc.

Dated:  New York, New York
        October 31, 2013

/s/ Andre K. Cizmarik
Andre K. Cizmarik
Edwards Wildman Palmer LLP
Attorneys for Defendant Harmon Stores, Inc.
750 Lexington Avenue
New York, New York  10022
Phone:  (212) 308-4411

AM 24924110.1