**Michael Profita, Esq.**
**Profita & Associates, LLC**
106 Grand Avenue, Suite 480
Englewood, New Jersey 07631
(201) 227-1114
**Attorneys for Third-Party Defendant**
**SRG, Inc.**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

---

BUMBLE AND BUMBLE, LLC,

     Plaintiff

against

HARMON STORES, INC.,

     Defendant

---

HARMON STORES, INC.,

     Third-Party Plaintiff,

against

SRG, INC., ACTIVE BEAUTY, INC.,
INTERNATIONAL BEAUTY
NETWORK, RENAISSANCE
TRADING, INC.,

     Third-Party Defendants

---

Civil Action No 2:13-cv-01462-KM-MAH

**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

The undersigned counsel for Third Party Defendant SRG, Inc. certifies that:

1.    SRG, Inc. is a non-governmental corporate party;

2.    SRG, Inc. is a New Jersey corporation.

3.     This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

I certify under penalty of perjury that the foregoing is true and correct to the best of my information and belief.


/s/ Michael Profita                    Profita & Associates, LLC
  Michael Profita                      106 Grand Avenue, Ste. 480
December 23, 2013                       Englewood, NJ  07631
                                       Telephone:  (201) 227-1114
                                       Facsimile:  (201) 227-1115

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Rule 7.1 CORPORATE DISCLOSURE STATEMENT by counsel for  SRG, INC. dated December 23, 2013 has been filed electronically with the U.S. District Court this 23rd day of December, 2013.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  If a party is not given notice electronically through the Court's system, a copy will be served by United States mail, first class postage prepaid.


Dated:    12/23/13                      /s/ Michael Profita
                                        Michael Profita

                                        Profita & Associates, LLC
                                        106 Grand Avenue, Ste. 480
                                        Englewood, NJ  07631
                                        Attorneys for Third-Party
                                        Defendant, SRG, Inc.
                                        Telephone:  (201) 227-1114
                                        Facsimile:  (201) 227-1115