UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BUMBLE AND BUMBLE, LLC,

    Plaintiff,

against

HARMON STORES, INC.,

    Defendant

Civil Action No 2: 13-cv-01462-KM-MAH

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

HARMON STORES, INC.,

    Third- Party Plaintiff,

against

SRG, INC., ACTIVE BEAUTY, INC., INTERNATIONAL BEAUTY NETWORK, RENAISSANCE TRADING, INC.,

    Third-Party Defendants

The undersigned counsel for Third Party Defendant International Beauty Network, Inc. ("International Beauty") certifies that:

1. International Beauty is a non-governmental corporate party.

2. International Beauty is a California corporation.

3. International Beauty does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

I certify under the penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: January 3, 2014                              Respectfully submitted,


                                              By: /s/ Tonia A. Sayour
                                                    Tonia A. Sayour
                                                    Hindy Dym
                                                    COOPER & DUNHAM LLP
                                                    30 Rockefeller Plaza, 20th Flr.
                                                    New York, New York 10112
                                                    (212) 278-0400 (Telephone)
                                                    (212) 391-0525 (Facsimile)


**Counsel for Third Party Defendant INTERNATIONAL BEAUTY NETWORK, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing INTERNATIONAL BEAUTY NETWORK INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT has been served on January 3, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  If a party is not give notice electronically through the Court's system, a copy will be served by United States mail, first class postage prepaid.

/s/ Tonia A. Sayour
Tonia A. Sayour